# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ANDREA LAULETTA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 2:22-cv-00288-GZS |
| | ) |
| REGIONAL SCHOOL UNIT 21, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from presiding in this matter.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 16th day of September, 2022.